FLN (Rev. 4/2004) Deficiency Order                                                                                              Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

ANDREAS OBOJES

vs                                                     Case No. 5:09cv194/RS/EMT

STATE OF FLORIDA DEPARTMENT OF
CORRECTIONS

## ORDER

Petitioner's two (2) letters addressed to**: "DEAR CLERK" and "DEAR CLERK OF COURT!" (received in Panama City on 6/2/2009)**, were referred to the undersigned with the following deficiency:

> The documents are not in proper form.  A request for a court order must be made by motion.  Fed. R. Civ. P. 7(b).  The title of the motion shall include a clear, concise and specific description of the motion and the filing party.  *See* Fed. R. Civ. P.7(b)(2), 10(a); N.D. Fla. Loc. R. 5.1(B)(2).  The body of the motion must state with particularity the grounds for seeking the order and the relief sought from the court.  *See* Fed. R. Civ. P. 7(b).

For this reason, **IT IS ORDERED** that:

> The submitted hard copy of the documents shall be returned to Petitioner by the Clerk without electronic filing.  They may be resubmitted after the above-noted deficiencies are corrected.

**DONE and ORDERED** this 10th day of June 2009.

                                                     /s/ *Elizabeth M. Timothy*
                                                     **ELIZABETH M. TIMOTHY**
                                                     **UNITED STATES MAGISTRATE JUDGE**