IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANDREAS OBOJES,

    Plaintiff,

vs.                                    CASE NO. 5:09cv194/RS-EMT

STATE OF FLORIDA and FLORIDA
DEPARTMENT OF CORRECTIONS,

    Defendants.

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 15) and Plaintiff's Objection To Proposed Findings and Recommendation (Doc. 17). I have reviewed Plaintiff's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Petition for Writ of Habeas Corpus filed under 28 U.S.C. §2241 (Doc. 1) is dismissed pursuant to Rule 4, Rules Governing Section 2254 Cases, and 28 U.S.C. §2243. Dismissal is without prejudice to refiling pursuant to 42 U.S.C. §1983.

3. Plaintiff Motion for Preliminary Injunctive Relief (Doc. 10) is denied as moot.

4. The clerk is directed to close the file.

**ORDERED** on November 18, 2009.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**